UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**United States of America**

    v.                                           Case No. 06-CR-79-03-PB

**Keith Samson**


**O R D E R**

Defendant appeared for a bail hearing after waiving a preliminary hearing on his supervised release charges.

Defendant admitted drug usage on November 26, December, January 3, 7, 9, 21, 24 and on February 1. On February 19, he left Phoenix Home treatment. Given the number of failed opportunities to comply with conditions, I find that the defendant is unlikely to abide by any condition or combination of conditions.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

February 27, 2008

cc:   Jonathan Saxe, Esq.
      Debra Walsh, AUSA
      U.S. Marshal
      U.S. Probation